UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDUUPRIYA PALLEKONDA, et al.,<br>Plaintiffs,<br>v.<br>JOSEPH EDLOW, et al.,<br>Defendants. | Case No. 26-cv-04896-RFL<br><br>**ORDER TO SHOW CAUSE** |

Plaintiffs filed their complaint on May 22, 2026. As of the date of this Order, they have not filed a proof of service, and no defendant has appeared. Accordingly, by September 25, 2026, Plaintiffs shall **SHOW CAUSE** in writing why this action should not be dismissed without prejudice under Federal Rule of Civil Procedure 4(m). If Plaintiffs do not file a response by the deadline, the case will be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: August 26, 2026

RITA F. LIN
United States District Judge